

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-71,864-07

### EX PARTE KENDRICK EARL EDWARDS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 04-DCR-039842 IN THE 400th DISTRICT COURT
### FROM FORT BEND COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of aggravated robbery and sentenced to imprisonment for forty-five years.

On June 10, 2014, an order referring a motion to recuse the trial judge to the regional presiding judge was signed by the trial court. There is no indication in the record whether the regional presiding judge recused the trial judge or if the referral is still pending. It appears that the habeas record has been forwarded to this Court before the court has resolved all the issues and

conducted its investigation of the allegations in the application. We remand this application to the 400th District Court of Fort Bend County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: August 20, 2014
Do not publish